**ZWILLINGER WULKAN, PLC**
Scott Zwillinger (019645)
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004
Tele: (602) 962-5778
Facsimile: (602) 962-5778
Email: scott.zwillinger@zwfirm.com
*Liaison Counsel for Plaintiff*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (pro hac vice)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Singh Family Revocable Trust U/A DTD 02/18/2019**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**Sprouts Farmers Market, Inc**., **Jack L. Sinclair**, and **Curtis Valentine,**<br>Defendants. | No. 2:25-cv-04416-JJT<br><br>**JOINT MOTION FOR STAY OF RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF** |

Plaintiff Singh Family Revocable Trust U/A DTD 02/18/2019 ("Plaintiff"), individually, and on behalf of all others similarly situated, and Defendants Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine ("Defendants," and together with Plaintiff, the "Parties"), file this Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff. The Parties request that the Court enter the attached proposed Order staying Defendants' time to answer, move, or otherwise respond to any

1

complaint in this action pending appointment of a lead plaintiff and lead counsel, and further ordering that within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, the appointed lead plaintiff and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and motion to dismiss. Good cause exists for this request. In support, the Parties state as follows.

1.    On November 24, 2025, Plaintiff filed the above-captioned lawsuit, a putative class action alleging violations of the federal securities laws under the Securities Exchange Act of 1934, against Defendants.

2.    On January 5, 2026, Plaintiff sent Defendants waivers of service of summons, which preserve all defenses and objections, including but not limited to objections to venue or forum, except defenses and objections related to sufficiency of service, and which Defendants returned on January 5, 2026.

3.    The Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), which governs this action, provides that (i) not later than twenty days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than sixty days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the court shall appoint the "most adequate plaintiff" as lead plaintiff.

4.    Pursuant to 15 U.S.C § 78u-4(a)(3)(A)(i)(II), motions for appointment of lead plaintiff and lead counsel are due on or before January 23, 2026;

5.    The Parties anticipate that, after the resolution of motions to appoint lead plaintiff and lead counsel, the Court-appointed lead plaintiff will file an amended complaint that will supersede the existing Complaint;

6.    Defendants anticipate moving to dismiss the claims asserted against them in response to the amended complaint, which triggers a stay of discovery under the PSLRA (15 U.S.C. § 78u-4(b)(3)(B));

7.    Given the special procedures specified in the PSLRA, including (i) the appointment of lead plaintiff, (ii) the filing of a single consolidated complaint by the Court-appointed lead plaintiff and lead counsel, and (iii) the stay of all discovery and other proceedings during the pendency of any motion to dismiss, the Parties respectfully submit that it is unnecessary for Defendants to respond to the current Complaint.

8.    Accordingly, the Parties request that the Court enter the attached proposed Order staying all deadlines for Defendants to respond to the current Complaint, and directing that within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, lead plaintiff and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

RESPECTFULLY SUBMITTED this 5th day of January, 2026.

| | |
|---|---|
| /s/    Adam M. Apton | /s/    Christopher S. Turner |
| Adam M. Apton (pro hac vice) | Christopher S. Turner (pro hac vice forthcoming) |
| **LEVI & KORSINSKY, LLP** | **LATHAM & WATKINS LLP** |
| 33 Whitehall Street, 17th Floor | 555 Eleventh Street, NW, Suite 1000 |
| New York, NY 10004 | Washington, D.C. 20004 |
| *Counsel for Plaintiff Singh Family Revocable Trust U/A DTD 02/18/2019* | |
| | |
| Scott Zwillinger (019645) | Michele D. Johnson (pro hac vice forthcoming) |
| **ZWILLINGER WULKAN, PLC** | **LATHAM & WATKINS LLP** |
| 2020 North Central Avenue, Suite 675 | 650 Town Center Drive, 20th Floor |
| Phoenix, AZ 85004 | Costa Mesa, CA  92626 |
| *Liaison Counsel for Plaintiff Singh Family Revocable Trust U/A DTD 02/18/2019* | *Attorneys for Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 5, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and CM/ECF registrants. Additionally, transmitted the attached document to non CM/ECF registrants:

Christopher S. Turner
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Email: christopher.turner@lw.com

Michele D. Johnson
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Email: michele.johnson@lw.com

*Attorneys for Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine*

*/s/ Brittany T.*