# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

**Singh Family Revocable Trust U/A DTD 02/18/2019**, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

**Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine,**

Defendants.

No. 2:25-cv-04416-JJT

**ORDER GRANTING JOINT MOTION FOR STAY OF RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF**

Having reviewed the Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff, and good cause appearing therefore, it is hereby ordered:

1.    Staying all deadlines for Defendants to respond to the current Complaint.

2.    Within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, lead plaintiff and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

1