# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust U/A Dated 2/18/2019,<br><br>Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market Incorporated, *et al.*,<br><br>Defendants. | No. CV-25-04416-PHX-JJT<br><br>**ORDER** |

At issue is the Parties' Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff (Doc. 14). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff (Doc. 14).

**IT IS FURTHER ORDERED** staying all deadlines for Defendants to respond to the current Complaint (Doc. 1).

**IT IS FURTHER ORDERED** within seven (7) days after entry of an order appointing lead plaintiff and lead counsel, lead plaintiff and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

Dated this 6th day of January, 2026.

_____
Honorable John J. Tuchi
United States District Judge