**ZWILLINGER WULKAN PLC**
Scott H. Zwillinger
State Bar Attorney #: 019645
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004
Telephone: (602) 609-3800
Facsimile: (602) 962-0207
E-mail: scott.zwillinger@zwfirm.com

*Liaison Counsel for Plaintiff Singh Family Revocable Trust u/a dtd 02/18/2019*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Plaintiff Singh Family Revocable Trust u/a dtd 02/18/2019*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine,<br><br>Defendants. | No. 2:25-cv-04416-JJT<br><br>Hon. John J. Tuchi<br><br>**DECLARATION OF SCOTT H. ZWILLINGER IN SUPPORT OF MOTION OF SINGH FAMILY REVOCABLE TRUST U/A DTD 02/18/2019 FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION COUNSEL**<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF SCOTT H. ZWILLINGER IN SUPPORT OF MOTION OF
SINGH FAMILY REVOCABLE TRUST U/A DTD 02/18/2019

I, SCOTT H. ZWILLINGER, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a member in good standing of the Bar of this Court, and a partner in the law firm of Zwillinger Wulkan PLC, counsel for proposed Lead Plaintiff Singh Family Revocable Trust u/a dtd 02/18/2019 ("Plaintiff"), and proposed Liaison Counsel for the Class.

2.     I make this Declaration in support of Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Keith Singh on behalf of Plaintiff.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses of Plaintiff.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was issued on November 26, 2025.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

7.     Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Zwillinger Wulkan PLC.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: January 26, 2026                    */s/ Scott H. Zwillinger*
                                            Scott H. Zwillinger

2

DECLARATION OF SCOTT H. ZWILLINGER IN SUPPORT OF MOTION OF
SINGH FAMILY REVOCABLE TRUST U/A DTD 02/18/2019