# EXHIBIT A

**Certification of Plaintiff Pursuant to Federal Securities Laws**

I, Keith Singh, on behalf of the Singh Family Revocable Trust (the "Trust"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1.      I am duly authorized to act on behalf of the Trust as Trustee.

2.      I have reviewed a complaint filed in the action.

3.      Neither I nor the Trust purchased the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4.      On behalf of the Trust, I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      My transactions through the Trust in Sprouts Farmers Market, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6.      Within the last 3 years, neither I nor the Trust have sought to serve or have served as a class representative in any federal securities fraud case.

7.      Neither I nor the Trust will accept any payment for serving as a representative party on behalf of the class beyond our pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date: 11/20/2025

Signature:

| Case Name | Sprouts Farmers Market, Inc. |
|---|---|
| Ticker | SFM |
| Class Period | 06-04-2025 to 10-29-2025 |

**Client Name**

Singh Family Revocable Trust u/a dtd 02/18/2019

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 8/13/2025 | P | 400 | $ 155.0000 |
| 8/14/2025 | P | 400 | $ 155.0000 |
| 8/28/2025 | P | 55 | $ 141.4320 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 6/18/2025 | BC | 8 | SFM 6/20/2025 $155 Put | 0.43 |
| 6/18/2025 | SO | -8 | SFM 8/15/2025 $155 Put | 7.73 |
| 8/13/2025 | ASGN | 4 | SFM 8/15/2025 $155 Put | 0 |
| 8/14/2025 | ASGN | 4 | SFM 8/15/2025 $155 Put | 0 |
| 8/15/2025 | SO | -8 | SFM 9/19/2025 $150 Call | 3.96 |