# EXHIBIT B

| Client Name | Singh Family Revocable Trust u/a dtd 02/18/2019 |
|---|---|
| Company Name | Sprouts Farmers Market, Inc. |
| Ticker Symbol | SFM |
| Security Type | |
| Class Period Start | 06-04-2025 |
| Class Period End | 10-29-2025 |
| 90-DAY Lookback Period Start | 10-30-2025 |
| 90-DAY Lookback Period End | 11-17-2025 |
| 90-DAY Lookback Average | $80.12 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 63,278.22 |
| DURA LIFO* Total | $ 63,278.22 |
| Gross Shares Purchased | 855 |
| Net Shares Retained | 855 |
| Net Funds Expended | $131,778.76 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-13-2025 | 400 | 155 | $ 62,000.00 | | | | | | - | 400 | 400 | $80.12 | $ 32,047.03 | $ 29,952.97 | $ 29,952.97 |
| 08-14-2025 | 400 | 155 | $ 62,000.00 | | | | | | - | 400 | 400 | $80.12 | $ 32,047.03 | $ 29,952.97 | $ 29,952.97 |
| 08-28-2025 | 55 | 141.432 | $ 7,778.76 | | | | | | - | 55 | 55 | $80.12 | $ 4,406.47 | $ 3,372.29 | $ 3,372.29 |
| Total: | 855 | | $ 131,778.76 | | | | | | | 855 | 855 | | $ 68,500.54 | $ 63,278.22 | $ 63,278.22 |

| SUMMARY OF FINANCIAL INTEREST Common Stock + Options | |
|---|---|
| LIFO Loss Total | $ 53,926.22 |
| DURA LIFO* Total | $ 53,926.22 |
| Gross Shares Purchased | 855 |
| Net Shares Retained | 855 |
| Net Funds Expended | $122,426.76 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Singh Family Revocable Trust u/a dtd 02/18/2019**
**Transactions in Sprouts Farmers Market, Inc. - SFM**
**Class Period: 06-04-2025 to 10-29-2025, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| **LIFO Losses/(Gain) Options** | **($9,352.00)** |
| ***Dura* LIFO Losses/(Gain)* Options** | **($9,352.00)** |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| 511-XXX019-207 | 5/7/2025* | SO | -8 | SFM 6/20/2025 $155 Put | 3.21 | $0.00 |
| 511-XXX019-207 | 6/18/2025 | BC | 8 | SFM 6/20/2025 $155 Put | 0.43 | $0.00 |
| 511-XXX019-207 | 6/18/2025 | SO | -8 | SFM 8/15/2025 $155 Put | 7.73 | ($6,184.00) |
| 511-XXX019-207 | 8/13/2025 | ASGN | 4 | SFM 8/15/2025 $155 Put | 0 | $0.00 |
| 511-XXX019-207 | 8/14/2025 | ASGN | 4 | SFM 8/15/2025 $155 Put | 0 | $0.00 |
| 511-XXX019-207 | 8/15/2025 | SO | -8 | SFM 9/19/2025 $150 Call | 3.96 | ($3,168.00) |
| 511-XXX019-207 | 9/19/2025 | EXP | 8 | SFM 9/19/2025 $150 Call | 0 | $0.00 |