**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Singh Family Revocable Trust U/A Dated 02/18/2019, Individually and on behalf of all others similarly situated, | No. CV-25-04416-JJT |
| Plaintiff, | CLASS ACTION |
| v. | **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPOINTING COUNSEL** |
| Sprouts Farmers Market, Inc.; Jack L. Sinclair; and Curtis Valentine, | |
| Defendants. | |

WHEREAS, the above-captioned securities class action (the "Securities Class Action") has been filed against Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on November 26, 2025, notice was issued to potential class members of the action and informed them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

[PROPOSED] ORDER

WHEREAS, on January 26, 2026 Movant Peter Robinson ("Movant") moved to appoint itself as Lead Plaintiff and to approve its selection of The Rosen Law Firm, P.A. ("Rosen Law") and The Schall Law Firm ("Schall") as Co-Lead Counsel and Martin & Bonnett P.L.L.C. ("Martin & Bonnett") as Liaison Counsel;

WHEREAS, the PSLRA, provides, among other things, that the most-adequate plaintiff to serve as lead plaintiff is the person that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL**

1.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movant is appointed Lead Plaintiff for the class, as it has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movant's selection of counsel is approved, and accordingly, Rosen Law and Schall are appointed Co-Lead Counsel and Martin & Bonnett is appointed Liaison Counsel.

3.      Co-Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Co-Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without

[PROPOSED] ORDER

limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

[PROPOSED] ORDER