**MARTIN & BONNETT P.L.L.C.**
Susan Martin (AZ#014226)
Jennifer Kroll (AZ#019859)
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
Fax: (602) 240-2345
Email: smartin@martinbonnett.com
        jkroll@martinbonnett.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice app. forthcoming*)
Laurence M. Rosen (*pro hac vice app. forthcoming*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com
        lrosen@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall, Esq. (*pro hac vice app. forthcoming*)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*[Proposed] Co-Lead Counsel for Movant and the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust U/A Dated 02/18/2019, Individually and on behalf of all others similarly situated, | No. CV-25-04416-PHX-JJT |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF SUSAN MARTIN IN SUPPORT OF MOTION OF PETER ROBINSON TO APPOINT LEAD PLAINTIFF, AND APPROVE LEAD** |
| Sprouts Farmers Market, Inc.; Jack L. Sinclair; and Curtis Valentine, | |

DECLARATION OF SUSAN MARTIN

|  | |
|---|---|
| Defendants. | **PLAINTIFF'S SELECTION OF COUNSEL** |

I, Susan Martin, declare:

1.      I am an attorney duly licensed to practice in the State of Arizona and before this Court. I am a shareholder of Martin & Bonnet P.L.L.C., attorneys for Peter Robinson ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's selection of counsel pursuant to the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

Exhibit 5:    The firm resume of The Schall Law Firm; and

Exhibit 6:    The firm resume of Martin & Bonnett P.L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January 2026, at Phoenix, Arizona.

<u>/s/ Susan Martin</u>
Susan Martin

DECLARATION OF SUSAN MARTIN