# Exhibit 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sprouts Farmers Market, Inc. Loss Chart** **between June 4, 2025 and October 29, 2025** | | | | | | | | | | | | 79.9877966 |
| Peter Robinson | 8/28/2025 | 3,000 | ($142.98) | ($428,940.00) | | | | | 3,000 | $239,963.39 | ($188,976.61) | |