# EXHIBIT 6

**MARTIN & BONNETT, P.L.L.C.**
**FIRM BIOGRAPHY**

The Phoenix, Arizona law firm of Martin & Bonnett was founded in 1994 by Susan Martin and Daniel L. Bonnett who are the principals in the firm.   Since its inception, the firm has been committed to providing high quality legal representation to a wide variety of unions, employee benefit plans, employee and plaintiff clients on a nation-wide basis in the areas of employee benefits, labor and employment law and civil rights. Attorneys of the firm have been counsel in numerous class action cases on behalf of plaintiff class members.

**SUSAN MARTIN** received her law degree from New York University School of Law.   She is admitted to the bar in the states of New York and Arizona.   Ms. Martin has litigated numerous class action cases as class counsel in matters involving a wide range of employee and retiree pension benefit issues as well as class action cases under a wide variety of other statutes. In addition to the courts of Arizona and New York, she has appeared before federal trial and appellate courts in Wisconsin, Illinois, Connecticut, Pennsylvania, California, Colorado, Nevada, Iowa, Ohio, Louisiana and Washington, D.C. and the U.S. Supreme Court.   Ms. Martin has served as counsel for several pension and welfare funds and represents unions in a wide variety of fields.

Ms. Martin has written and lectured extensively on ERISA and labor and employment law and has been active in the American Bar Association, the National Employment Lawyers Association, the AFL-CIO Lawyers Coordinating Committee and the Arizona State Bar Association. She been named "Lawyer of the Year" for multiple years and in multiple areas (labor law, employment law & ERISA). The firm has regularly been included

in the related listings of Best Lawyers®, Best Lawyers in America, Super Lawyers among others, and first-tier rankings of Best Law Firms in Arizona.

**DANIEL L. BONNETT**, an experienced trial attorney, is a graduate of Augustana College (Ill.) and Drake University School of Law.   Mr. Bonnett is admitted to practice in the states of Illinois, Iowa and Arizona as well as the United States Courts of Appeals for the Sixth, Seventh and Ninth Circuits and United States District Courts for the Districts of Arizona, Central District of Illinois and Connecticut.   Prior to moving to Phoenix, he was engaged in a corporate law and general litigation practice as a partner in a northern Illinois law firm.   Mr. Bonnett has handled a wide variety of litigation matters involving employment discrimination, retaliation and wrongful discharge under state and federal statutes including Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act, the Family Medical Leave Act, the Employee Retirement Income Security Act, the Fair Labor Standards Act and the various federal civil rights statutes.

In 2025, Mr. Bonnett was selected Employment Law Member of the Year by the Arizona State Bar Executive Council. In 2023, Mr. Bonnett was selected as the Arizona Employment Law Association Member of the Year. Mr. Bonnett is a Fellow in the College of Labor and Employment Lawyers and American Bar Foundation, a member of the American Bar Association, the Federal Bar Association, the Arizona State Bar, the Illinois State Bar Association, the Maricopa County Bar Association, the National Employment Lawyers Association (NELA), the Union Lawyers Alliances of the AFL-CIO, the Arizona Employment Lawyers Association (AzELA) and the Phoenix Chapter of the Federal Bar Association. Mr. Bonnett remains active in the Labor and Employment Law Section of the ABA. He is a past co-chair of the Employment Rights and Responsibilities Standing Committee ("ERR") of the ABA Labor and Employment Law Section

and have also served as a program co-chair of ERR. In addition, Mr. Bonnett has served as a regional liaison and co-chair of related ABA subcommittees in the area of employee rights. Mr. Bonnett has presented many papers and been a speaker at numerous ALI-CLE, NELA, and ABA conferences and meetings on various topics of labor and employment law and ethics. Mr. Bonnett holds an AV-Preeminent, Judicial Edition rating from Martindale Hubbell.

**JENNIFER L. KROLL** is a partner with the firm and a graduate of Arizona State University College of Law.   She practices in the areas of labor and employment law and employee benefits law.  Ms. Kroll has appeared before numerous federal courts on a wide variety of employment, labor, pension and employee benefits cases including complex employment, FLSA and employee benefits class action matters. Ms. Kroll also represents employees and unions in connection with National Labor Relations Act matters. Ms. Kroll has spoken and moderated on numerous panels and authored articles regarding various labor and employment law issues.

Ms. Kroll is currently the co-chair of the ABA Labor and Employment Law Section's complex litigation subcommittee of the Employment Rights and Responsibilities Committee. In addition to her JD from Arizona State University, Ms. Kroll also earned a Master's Degree in Industrial and Labor Relations from Cornell University's New York State School of Industrial and Labor Relations with an emphasis in collective bargaining.

**MICHAEL LICATA** is a partner with the firm and is a graduate of the University of Washington School of Law. He is admitted in the States of Washington and Arizona. Mr. Licata litigates class action cases in state and federal courts across the country. During law school, Mike worked as a law clerk in the Enforcement Division of the U.S. Securities and Exchange Commission. He has also worked on large mortgage-backed securities fraud

and investment cases, including representing Federal Home Loan Banks in multi-billion-dollar litigation against the nation's largest investment banks. His current practice focuses primarily on representing employees and retirees in cases involving violations of the laws that protect employees' wages and pensions, including the Employee Retirement Income Security Act (ERISA) and the Fair Labor Standards Act (FLSA). While in law school at University of Washington School of Law, Mike served as a law clerk in the Enforcement Division of the U.S. Securities and Exchange Commission and the ACLU of Washington.

**ANDREW KENDALL** is an associate attorney with the firm and started with Martin & Bonnett in 2023. He graduated from Mercer University School of Law in May 2023. While he was awaiting admission to the Arizona State Bar, he worked at Martin & Bonnett as a paralegal/law clerk.