**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

*Counsel for Movants Leslie Rotness and*
*Carolle Poudrier and Proposed Lead*
*Counsel for the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust u/a dtd 02/18/2019, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-25-04416-PHX-JJT |
| | Hon. John J. Tuchi |
| Plaintiff, | |
| v. | **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LESLIE ROTNESS AND CAROLLE POUDRIER FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL** |
| Sprouts Farmers Market, Inc.; Jack L. Sinclair; and Curtis Valentine, | |
| Defendants. | |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
CV-25-04416-PHX-JJT

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Leslie Rotness ("Rotness") and Carolle Poudrier ("Poudrier"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Rotness and Poudrier's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel and Keller Rohrback L.L.P. ("Keller Rohrback") as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Rotness and Poudrier's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on November 26, 2025, announcing the pendency of the Action;

Exhibit C:    Shareholder Certifications executed by Rotness and Poudrier;

Exhibit D:    Joint Declaration executed by Rotness and Poudrier;

Exhibit E:    Firm Resume of Pomerantz; and

Exhibit F:    Firm Resume of Keller Rohrback.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 26, 2026.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
CV-25-04416-PHX-JJT

1