# EXHIBIT A

**Sprouts Farmers Market, Inc. (SFM)**
**Class Period: June 4, 2025 to October 29, 2025**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Post-Class Shares Retained | 86-Days* Mean Price $80.1176 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| Carolle Poudrier | Common Stock | | 1,050 | | ($139,625) | | (1,050) | | $109,918 | 450 | ($53,587) | 0 | $0 | ($29,706) |
| Carolle Poudrier | Options | | 15 | | ($1,253) | | (15) | | $6,079 | (2) | $4,676 | 0 | $0 | $4,826 |
| Leslie Rotness | Common Stock | | 9,850 | | ($1,229,637) | | (9,850) | | $1,095,628 | 3,000 | ($377,241) | 0 | $0 | ($134,009) |
| **Carolle Poudrier; Leslie Rotness** | | | | | **($1,370,515)** | | | | **$1,211,626** | | **($426,152)** | | | **($158,889)** |
| | | | | | | | | | | | | | | |
| Carolle Poudrier | Common Stock | 6/4/2025 | 50 | $170.3000 | ($8,515) | 6/4/2025 | (50) | $171.0500 | $8,553 | | | | | |
| Carolle Poudrier | Common Stock | 6/5/2025 | 100 | $169.0000 | ($16,900) | 6/23/2025 | (200) | $165.0000 | $33,000 | | | | | |
| Carolle Poudrier | Common Stock | 6/10/2025 | 50 | $158.6000 | ($7,930) | 6/27/2025 | (50) | $159.7000 | $7,985 | | | | | |
| Carolle Poudrier | Common Stock | 6/10/2025 | 50 | $162.6000 | ($8,130) | 11/11/2025 | (450) | $79.6800 | $35,856 | | | | | |
| Carolle Poudrier | Common Stock | 6/27/2025 | 50 | $154.0200 | ($7,701) | 11/17/2025 | (300) | $81.7500 | $24,525 | | | | | |
| Carolle Poudrier | Common Stock | 9/15/2025 | 50 | $129.4400 | ($6,472) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 9/16/2025 | 100 | $145.0000 | ($14,500) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 9/19/2025 | 50 | $120.2000 | ($6,010) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 9/29/2025 | 100 | $135.0000 | ($13,500) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 10/8/2025 | 50 | $104.1500 | ($5,208) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 10/29/2025 | 100 | $82.5900 | ($8,259) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 10/31/2025 | 100 | $125.0000 | ($12,500) | | | | | | | | | |
| Carolle Poudrier | Common Stock | 10/31/2025 | 200 | $120.0000 | ($24,000) | | | | | | | | | |
| **Carolle Poudrier** | **Common Stock** | | **1,050** | | **($139,625)** | | **(1,050)** | | **$109,918** | **450** | **($53,587)** | **0** | **$0** | **($29,706)** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250620 160** | **6/20/2025** | **1** | **$0.2000** | **($20)** | **6/3/2025** | **(1)** | **$1.5000** | **$150** | **1** | **($20)** | **0** | **$0** | **$130** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **C 20250620 170** | **6/10/2025** | **1** | **$1.0500** | **($105)** | **6/10/2025** | **(1)** | **$2.6000** | **$260** | **0** | **$155** | **0** | **$0** | **$155** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250718 140** | **6/23/2025** | **2** | **$0.4500** | **($90)** | **6/12/2025** | **(2)** | **$2.1000** | **$420** | **0** | **$330** | **0** | **$0** | **$330** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250620 165** | **6/23/2025** | **2** | **assigned** | | **6/16/2025** | **(2)** | **$1.5500** | **$310** | **0** | **$310** | **0** | **$0** | **$310** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250815 145** | **8/11/2025** | **1** | **$1.2000** | **($120)** | **7/25/2025** | **(1)** | **$2.8600** | **$286** | **0** | **$166** | **0** | **$0** | **$166** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250919 135** | **9/16/2025** | **1** | **$8.3800** | **($838)** | **7/29/2025** | **(1)** | **$2.6000** | **$260** | **0** | **($578)** | **0** | **$0** | **($578)** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20250919 145** | **9/16/2025** | **1** | **assigned** | | **8/14/2025** | **(1)** | **$5.1000** | **$510** | **0** | **$510** | **0** | **$0** | **$510** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20251017 135** | **9/29/2025** | **1** | **assigned** | | **9/3/2025** | **(1)** | **$5.2000** | **$520** | **0** | **$520** | **0** | **$0** | **$520** |
| | | | | | | | | | | | | | | |
| **Carolle Poudrier** | **P 20251219 125** | **10/31/2025** | **1** | **assigned** | | **9/16/2025** | **(1)** | **$8.7300** | **$873** | **(1)** | **$873** | **0** | **$0** | **$873** |

*Avg Closing Prices from October 30, 2025 to January 23, 2026

**Sprouts Farmers Market, Inc. (SFM)**
**Class Period: June 4, 2025 to October 29, 2025**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Post-Class Shares Retained | 86-Days* Mean Price $80.1176 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carolle Poudrier | P 20250815 140 | 8/11/2025 | 2 | $0.4000 | ($80) | 7/2/2025 | (1) | $4.0000 | $400 | | | | | |
| Carolle Poudrier | P 20250815 140 | | | | | 7/31/2025 | (1) | $2.6000 | $260 | | | | | |
| **Carolle Poudrier** | **P 20250815 140** | | **2** | | **($80)** | | **(2)** | | **$660** | **0** | **$580** | **0** | **$0** | **$580** |
| | | | | | | | | | | | | | | |
| Carolle Poudrier | P 20251219 120 | 10/31/2025 | 2 | assigned | | 7/31/2025 | (1) | $3.2000 | $320 | | | | | |
| Carolle Poudrier | P 20251219 120 | | | | | 10/14/2025 | (1) | $15.1000 | $1,510 | | | | | |
| **Carolle Poudrier** | **P 20251219 120** | | **2** | | **$0** | | **(2)** | | **$1,830** | **(2)** | **1,830** | **0** | **$0** | **$1,830** |
| | | | | | | | | | | | | | | |
| Leslie Rotness | Common Stock | 6/12/2025 | 350 | $160.7000 | ($56,245) | 6/17/2025 | (350) | $164.5748 | $57,601 | | | | | |
| Leslie Rotness | Common Stock | 6/26/2025 | 500 | $163.4600 | ($81,730) | 7/8/2025 | (1,000) | $165.3900 | $165,390 | | | | | |
| Leslie Rotness | Common Stock | 6/26/2025 | 250 | $161.1400 | ($40,285) | 7/16/2025 | (500) | $165.2700 | $82,635 | | | | | |
| Leslie Rotness | Common Stock | 7/3/2025 | 250 | $159.3480 | ($39,837) | 9/24/2025 | (1,000) | $119.0000 | $119,000 | | | | | |
| Leslie Rotness | Common Stock | 7/9/2025 | 500 | $160.1600 | ($80,080) | 10/1/2025 | (1,000) | $109.9500 | $109,950 | | | | | |
| Leslie Rotness | Common Stock | 7/25/2025 | 500 | $163.4000 | ($81,700) | 10/3/2025 | (1,000) | $105.9800 | $105,980 | | | | | |
| Leslie Rotness | Common Stock | 7/30/2025 | 500 | $159.0000 | ($79,500) | 10/8/2025 | (1,000) | $102.8400 | $102,840 | | | | | |
| Leslie Rotness | Common Stock | 9/24/2025 | 1,000 | $118.2800 | ($118,280) | 10/14/2025 | (1,000) | $109.0000 | $109,000 | | | | | |
| Leslie Rotness | Common Stock | 10/1/2025 | 1,000 | $108.5000 | ($108,500) | 11/10/2025 | (1,050) | $79.8875 | $83,882 | | | | | |
| Leslie Rotness | Common Stock | 10/6/2025 | 1,000 | $104.0800 | ($104,080) | 12/11/2025 | (1,950) | $81.7180 | $159,350 | | | | | |
| Leslie Rotness | Common Stock | 10/10/2025 | 1,000 | $104.0500 | ($104,050) | | | | | | | | | |
| Leslie Rotness | Common Stock | 10/16/2025 | 1,000 | $112.6500 | ($112,650) | | | | | | | | | |
| Leslie Rotness | Common Stock | 10/16/2025 | 1,000 | $112.5100 | ($112,510) | | | | | | | | | |
| Leslie Rotness | Common Stock | 10/16/2025 | 1,000 | $110.1900 | ($110,190) | | | | | | | | | |
| **Leslie Rotness** | **Common Stock** | | **9,850** | | **($1,229,637)** | | **(9,850)** | | **$1,095,628** | **3,000** | **($377,241)** | **0** | **$0** | **($134,009)** |

*Avg Closing Prices from October 30, 2025 to January 23, 2026