# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Leslie Rotness, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Sprouts Farmers Market, Inc. ("Sprouts") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Sprouts securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sprouts securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Sprouts securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>January 23, 2026</u>
**(Date)**

Signed by:

42658EB59A8C434...

**(Signature)**

<u>Leslie Rotness</u>
**(Type or Print Name)**

**Sprouts Farmers Market, Inc. (SFM)**                                                                                   **Leslie Rotness**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 6/12/2025 | 350 | $160.7000 |
| Purchase/Acquisition | Common Stock | 6/26/2025 | 500 | $163.4600 |
| Purchase/Acquisition | Common Stock | 6/26/2025 | 250 | $161.1400 |
| Purchase/Acquisition | Common Stock | 7/3/2025 | 250 | $159.3480 |
| Purchase/Acquisition | Common Stock | 7/9/2025 | 500 | $160.1600 |
| Purchase/Acquisition | Common Stock | 7/25/2025 | 500 | $163.4000 |
| Purchase/Acquisition | Common Stock | 7/30/2025 | 500 | $159.0000 |
| Purchase/Acquisition | Common Stock | 9/24/2025 | 1,000 | $118.2800 |
| Purchase/Acquisition | Common Stock | 10/1/2025 | 1,000 | $108.5000 |
| Purchase/Acquisition | Common Stock | 10/6/2025 | 1,000 | $104.0800 |
| Purchase/Acquisition | Common Stock | 10/10/2025 | 1,000 | $104.0500 |
| Purchase/Acquisition | Common Stock | 10/16/2025 | 1,000 | $112.6500 |
| Purchase/Acquisition | Common Stock | 10/16/2025 | 1,000 | $112.5100 |
| Purchase/Acquisition | Common Stock | 10/16/2025 | 1,000 | $110.1900 |
| Sale | Common Stock | 6/18/2025 | (350) | $164.5748 |
| Sale | Common Stock | 7/8/2025 | (1,000) | $165.3900 |
| Sale | Common Stock | 7/16/2025 | (500) | $165.2700 |
| Sale | Common Stock | 9/24/2025 | (1,000) | $119.0000 |
| Sale | Common Stock | 10/1/2025 | (1,000) | $109.9500 |
| Sale | Common Stock | 10/3/2025 | (1,000) | $105.9800 |
| Sale | Common Stock | 10/8/2025 | (1,000) | $102.8400 |
| Sale | Common Stock | 10/14/2025 | (1,000) | $109.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Carolle Poudrier _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Sprouts Farmers Market, Inc. ("Sprouts") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Sprouts securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sprouts securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Sprouts securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  ___1/21/2026_____

        **(Date)**

                                         ┌─ **Signed by:**

                        _____
                        **(Signature)** C06AD489DE49438...

                        Carolle Poudrier
                        _____
                        **(Type or Print Name)**

**Sprouts Farmers Market, Inc. (SFM)**                                                                **Carolle Poudrier**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 6/4/2025 | 50 | $170.3000 |
| Purchase/Acquisition | Common Stock | 6/5/2025 | 100 | $169.0000 |
| Purchase/Acquisition | Common Stock | 6/10/2025 | 50 | $158.6000 |
| Purchase/Acquisition | Common Stock | 6/10/2025 | 50 | $162.6000 |
| Purchase/Acquisition | Common Stock | 6/27/2025 | 50 | $154.0200 |
| Purchase/Acquisition | Common Stock | 9/15/2025 | 50 | $129.4400 |
| Purchase/Acquisition | Common Stock | 9/16/2025 | 100 | $145.0000 |
| Purchase/Acquisition | Common Stock | 9/19/2025 | 50 | $120.2000 |
| Purchase/Acquisition | Common Stock | 9/29/2025 | 100 | $135.0000 |
| Purchase/Acquisition | Common Stock | 10/8/2025 | 50 | $104.1500 |
| Purchase/Acquisition | Common Stock | 10/29/2025 | 100 | $82.5900 |
| Purchase/Acquisition | Common Stock | 10/31/2025 | 100 | $125.0000 |
| Purchase/Acquisition | Common Stock | 10/31/2025 | 200 | $120.0000 |
| Sale | Common Stock | 6/4/2025 | (50) | $171.0500 |
| Sale | Common Stock | 6/23/2025 | (200) | $165.0000 |
| Sale | Common Stock | 6/27/2025 | (50) | $159.7000 |
| Purchase/Acquisition | P 20250620 160 | 6/20/2025 | 1 | $0.2000 |
| Sale | P 20250620 160 | 6/3/2025 | (1) | $1.5000 |
| Purchase/Acquisition | C 20250620 170 | 6/10/2025 | 1 | $1.0500 |
| Sale | C 20250620 170 | 6/10/2025 | (1) | $2.6000 |
| Purchase/Acquisition | P 20250718 140 | 6/23/2025 | 2 | $0.4500 |
| Sale | P 20250718 140 | 6/12/2025 | (2) | $2.1000 |
| Sale | P 20250620 165 | 6/16/2025 | (2) | $1.5500 |
| Purchase/Acquisition | P 20250815 145 | 8/11/2025 | 1 | $1.2000 |
| Sale | P 20250815 145 | 7/25/2025 | (1) | $2.8600 |
| Purchase/Acquisition | P 20250919 135 | 9/16/2025 | 1 | $8.3800 |
| Sale | P 20250919 135 | 7/29/2025 | (1) | $2.6000 |
| Sale | P 20250919 145 | 8/14/2025 | (1) | $5.1000 |
| Sale | P 20251017 135 | 9/3/2025 | (1) | $5.2000 |
| Sale | P 20251219 125 | 9/16/2025 | (1) | $8.7300 |
| Purchase/Acquisition | P 20250815 140 | 8/11/2025 | 2 | $0.4000 |
| Sale | P 20250815 140 | 7/2/2025 | (1) | $4.0000 |
| Sale | P 20250815 140 | 7/31/2025 | (1) | $2.6000 |
| Sale | P 20251219 120 | 7/31/2025 | (1) | $3.2000 |
| Sale | P 20251219 120 | 10/14/2025 | (1) | $15.1000 |