**DON BIVENS, PLLC**
Don Bivens (AZ # 005134)
15169 N. Scottsdale Rd., Ste. 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Local Counsel for Lead Plaintiff Movant*
*the Lovingier Family*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*the Lovingier Family and*
*Proposed Lead Counsel for the Class*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine,<br><br>Defendants. | Case No. 2:25-cv-04416-JJT<br><br>**NOTICE OF MOTION AND MOTION OF THE LOVINGIER FAMILY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that the Terry Clay Lovingier and Barbara Kaye Lovingier, as Trustees for the Lovingier Family Trust Dated October 13, 1988 (the "Lovingier Family" or "Movant"), will and hereby does move this Court for entry of an order: (i) appointing the Lovingier Family as Lead Plaintiff in the consolidated Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving the Lovingier Family's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the Class.

This Motion is made on the grounds that Lovingier Family believes it is the "most adequate plaintiff" as defined in the PSLRA because it: (1) possess the largest financial interest in the relief sought by the class; (2) satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23 ("Rule 23"), and (3) will fairly and adequately represent the Class.

The Lovingier Family further requests that the Court approve its selection of KSF as Lead Counsel for the Class. KSF is a nationally recognized law firm with significant securities and class action litigation experience and has the resources to effectively prosecute this action.

This Motion is based on the Memorandum of Points and Authorities and the Declaration of Don Bivens filed herewith, the pleadings and other filings on file in this Action, and such other written or oral argument as may be permitted by the Court.

DATED: January 26, 2026          Respectfully submitted,

                                 /s/ Don Bivens

                                 **DON BIVENS, PLLC**
                                 Don Bivens (AZ # 005134)
                                 15169 N. Scottsdale Rd., Ste. 205
                                 Scottsdale, AZ 85254
                                 Telephone: (602) 762-2661
                                 don@donbivens.com

                                 *Local Counsel for Lead Plaintiff*
                                 *Movants Lovingier Family*

1

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (*pro hac vice to be submitted*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movants*
*The Lovingier Family and Proposed*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　 */s/ Don Bivens*
　　　　　　　　　　　　　 Don Bivens