**DON BIVENS, PLLC**
Don Bivens (AZ # 005134)
15169 N. Scottsdale Rd., Ste. 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Local Counsel for Lead Plaintiff*
*Movant the Lovingier Family*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*the Lovingier Family and*
*Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated, | No. 2:25-cv-04416-JJT |
| Plaintiff, | **DECLARATION OF DON BIVENS IN SUPPORT OF THE LOVINGIER FAMILY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |
| v. | |
| Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine, | |
| Defendants. | |

I, Don Bivens, hereby declare as follows:

1.      I am an attorney at the law firm of Don Bivens, PLLC, Local Counsel for Lead Plaintiff Movant the Lovingier Family Trust Dated October 13, 1988 (the "Lovingier Family").

2.      I have personal knowledge of the facts set forth herein.

3.      The Lovingier Family seeks appointment as Lead Plaintiff pursuant to Section 21 of the Securities Exchange Act of 1934 in the above-captioned Action.

4.      I submit this Declaration, together with the attached exhibits, in support of the Lovingier Family's Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel.

5.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    PSLRA Certification of the Lovingier Family;

Exhibit B:    Chart setting forth the Lovingier Family's financial interest in this litigation;

Exhibit C:    Press Release published via *GlobeNewswire* on November 26, 2025, announcing the pendency of the Action;

Exhibit D:    Declaration of Terry Clay Lovingier and Barbara Kaye Lovingier, as Trustees of the Lovingier Family Trust Dated October 13, 1988;

Exhibit E:    Kahn Swick & Foti, LLC Firm Resume

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, January 26, 2026, in Scottsdale, Arizona.

                                         */s/ Don Bivens*
                                         Don Bivens

1