# Exhibit B

**Class Period Losses of the Lovingier Family Trust Dated October 13, 1988 in Securities of Sprouts Farmers Market, Inc. (NASDAQ: "SFM")**

| | | |
|---|---|---|
| **Class Period Begins:** | | 6/4/2025 |
| **Class Period Ends:** | | 10/29/2025 |
| **90-Day Lookback Price:** | $ | 79.9878 |
| **Total LIFO/*Dura* Losses:** | $ | **(259,313.88)** |

**Common Stock**

**Account #1**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 6/27/2025 | 400 | $ 154.99 | $ (61,996.00) | HELD | 400 | $79.9878 | $ 31,995.12 | $ (30,000.88) |
| 8/12/2025 | 500 | $ 144.99 | $ (72,495.00) | HELD | 500 | $79.9878 | $ 39,993.90 | $ (32,501.10) |
| 9/16/2025 | 1,400 | $ 126.99 | $ (177,786.00) | HELD | 1,400 | $79.9878 | $ 111,982.92 | $ (65,803.08) |
| 10/27/2025 | 3,000 | $ 104.99 | $ (314,970.00) | HELD | 3,000 | $79.9878 | $ 239,963.39 | $ (75,006.61) |

**Account #1 LIFO/*Dura* Loss: $ (203,311.68)**

**Account #2**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 8/12/2025 | 500 | $ 144.99 | $ (72,495.00) | HELD | 500 | $ 79.9878 | $ 39,993.90 | $ (32,501.10) |
| 9/16/2025 | 500 | $ 126.99 | $ (63,495.00) | HELD | 500 | $ 79.9878 | $ 39,993.90 | $ (23,501.10) |

**Account #2 LIFO/*Dura* Loss: $ (56,002.20)**

**Total LIFO/*Dura* Loss: $ (259,313.88)**

**Price***: For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). The *Singh* Complaint alleges that said corrective information was first disseminated to the market via Sprouts' October 29, 2025, 3Q25 Earnings Release. ¶ 32. Upon information and belief, however, the 3Q25 Earnings Release was not published until after the close of NASDAQ trading hours on October 29, 2025, such that the information wasn't disseminated to the market until October 30, 2025. In that case, the 90-day lookback period wouldn't expire until January 27, 2026. The 90-day lookback price utilized here is the average of the closing price of Sprouts' stock from October 30, 2025, through January 26, 2025, the day of filing.