# Exhibit C

 EQ | GlobeNewswire by notified

Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Sprouts Farmers Market, Inc. Securities and Sets a Lead Plaintiff Deadline of January 26, 2026

November 26, 2025 16:53 ET  | Source: Levi & Korsinsky, LLP

Follow

**Company Profile**

**Levi & Korsinsky, LLP**

**Industry:** Specialized Consumer Services

**Website:**
https://zlk.com

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

NEW YORK, Nov. 26, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Sprouts Farmers Market, Inc. ("Sprouts" or the "Company") (NASDAQ: SFM)** between June 4, 2025, and October 29, 2025, inclusive. You are hereby notified that the class action lawsuit *Singh Family Revocable Trust u/a dtd 02/18/2019 v. Sprouts Farmers Market, Inc., et al.* (Case No. 2:25-cv-04416) has been commenced in the United States District Court for the District of Arizona. To get more information **go to:**

https://zlk.com/pslra-1/sprouts-farmers-market-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Sprouts' growth potential; notably, that a more cautious consumer could result in significant slowdown in sales growth and the purported tailwinds with be unable to dampen the slowdown or would otherwise fail to manifest entirely.

On October 29, 2025, Sprouts announced disappointing top-line results for the third quarter of fiscal 2025 with comparable stores growth faltering below the Company's expectations. Sprouts further announced disappointing fourth quarter guidance and further slashed its full year estimates, despite raising them only one quarter prior. The Company attributed its results and lowered guidance on "challenging year-on-year comparisons as well as signs of a softening consumer."

Following this news, the price of Sprouts' common stock declined dramatically. From a closing market price of $104.55 per share on October 29, 2025, Sprouts' stock price fell to $77.25 per share on October 30, 2025, a decline of about 26.11% in the span of just a single day.

"Our firm is committed to ensuring that investors receive full compensation for losses caused by corporate misrepresentations," said Joseph E. Levi, a partner at Levi & Korsinsky. "We encourage SFM shareholders to step forward before the January 26, 2026 deadline so we can pursue justice on their behalf."

**If you suffered a loss in SFM securities, you have until January 26, 2026** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 27th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com



Newsroom    Services    Contact Us        Sign In        Register

# Recommended Reading

January 15, 2026 19:00 ET | Source: Levi & Korsinsky, LLP

### Class Action Filed Against Integer Holdings Corporation (ITGR) Seeking Recovery for Investors – Contact Levi & Korsinsky

NEW YORK, Jan. 15, 2026 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Integer Holdings Corporation ("Integer Holdings Corporation" or the "Company") (NYSE: ITGR) of a class...

Read More



January 15, 2026 19:00 ET | Source: Levi & Korsinsky, LLP

### Levi & Korsinsky Reminds SLM Corporation Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of February 17, 2026 – SLM

NEW YORK, Jan. 15, 2026 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in SLM Corporation ("SLM Corporation" or the "Company") (NASDAQ: SLM) of a class action securities lawsuit. ...

Read More



# Explore





January 20, 2026 11:52 ET

**Carbon Fiber Composites in Aerospace Market Report...**

January 20, 2026 11:49 ET

**In-Situ Resource Utilization (ISRU) Market Report ...**

January 20, 2026 11:45 ET

**New Research Reveals Key Quality of Life Insights ...**

January 20, 2026 11:42 ET

**Plasma Rocket P... Report 2026: $2.3**



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

**Global News**

English

Français

Deutsch

**Newswire Distribution Network & Management**

Home

Newsroom

RSS Feeds

Notified

Legal

Contact us

Resources

© 2026 Digital Media Innovations, LLC. All rights reserved.