# Exhibit D

**DON BIVENS, PLLC**
Don Bivens (AZ # 005134)
15169 N. Scottsdale Rd., Ste. 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Local Counsel for Lead Plaintiff*
*Movant the Lovingier Family*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*the Lovingier Family and*
*Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated, | No. 2:25-cv-04416-JJT |
| Plaintiff, | **DECLARATION OF TERRY CLAY LOVINGIER AND BARBARA KAYE LOVINGIER IN SUPPORT OF THE LOVINGIER FAMILY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |
| v. | |
| Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine, | |
| Defendants. | |

Docusign Envelope ID: 0D7256DC-B084-4128-A4B1-891F9BACF0FC

We, Terry Clay Lovingier and Barbara Kaye Lovingier, hereby declare as follows:

1. We respectfully submit this Declaration in support of the motion of the Lovingier Family Trust Dated October 13, 1988 for appointment as Lead Plaintiff and approval of our selection of Lead Counsel in the instant action on behalf of investors in Sprouts Farmers Market, Inc. ("Sprouts") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA.

2. We are residents of Los Alamitos, California.

3. I, Terry, am a graduate of the University of California at Irvine, with a BS in Civil and Environmental Engineering. Previously, I owned a company that did environmental cleanup and other maintenance projects in the Los Angeles basin. I sold the business, and now I am a ranch owner and horse breeder. I sit on multiple boards, including the California Thoroughbred Breeders Association and Thoroughbred Owners of California.

4. I, Barbara, did accounting work for Terry's business while raising our three children. Since retirement, I help to care for our seven grandchildren.

5. We have many years of experience investing in the capital markets, including on behalf of our family trust.

6. We believe the securities class action against Sprouts is meritorious and should be led by investors that are committed to maximizing the recovery on behalf of the Class. We suffered a substantial loss on our investment in Sprouts securities purchased during the Class Period. For this reason, we decided to seek appointment as Lead Plaintiff in this action. We understand the responsibilities and duties of service as Lead Plaintiff, including our fiduciary duties to the Class.

7. We understand and appreciate that any Lead Plaintiff's obligation under the PSLRA is to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining proposed Lead Counsel with a proven history of handling this type of complex litigation. In this case, we selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's

experience in achieving substantial recoveries in securities class actions, we believe KSF is well-qualified to represent the Class. As part of our due diligence process, prior to our selection of KSF, we assessed the firm's qualifications and communicated.

8. We have directed KSF to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

9. We understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As our Certifications state, we will not accept any payment for serving as a representative party beyond our pro rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

We declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, January 26, 2026, in Los Alamitos, California.

/s/ _____ Terry Lovingier
Terry Clay Lovingier

/s/ _____
Barbara Kaye Lovingier

1