**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine, <br><br> Defendants. | No. 2:25-cv-04416-JJT <br><br> **[PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION OF THE LOVINGIER FAMILY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |

Having considered the Motion of the Lovingier Family Trust Dated October 13, 1988 (the "Lovingier Family") for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel (the "Motion"), and all papers in support thereof and in opposition thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints the Lovingier Family as Lead Plaintiff in the Action and any subsequently filed or transferred actions that relate to the Action;

3.      Lead Plaintiff's selection of Kahn Swick & Foti, LLC ("KSF") is approved and appointed as Lead Counsel for the Class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all plaintiffs and Class Members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2026.

_____
Hon. John J. Tuchi
United States District Judge

1