**DON BIVENS, PLLC**
Don Bivens (AZ # 005134)
15169 N. Scottsdale Rd., Ste. 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Local Counsel for Lead Plaintiff*
*Movant the Lovingier Family*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*the Lovingier Family and*
*Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine,<br><br>Defendants. | No. 2:25-cv-04416-JJT<br><br>**SUPPLEMENTAL DECLARATION OF DON BIVENS IN FURTHER SUPPORT OF THE LOVINGIER FAMILY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |

Docusign Envelope ID: 316B9F2F-3890-42B6-9200-D631923310D3

I, Don Bivens, hereby declare as follows:

1. I am the managing partner of the law firm of Don Bivens, PLLC, local counsel for Lead Plaintiff Movant the Lovingier Family Trust Dated October 13, 1988 (the "Lovingier Family"), which seeks appointment as Lead Plaintiff pursuant to Section 21 of the Securities Exchange Act of 1934 in the above-captioned Action.

2. I have personal knowledge of the facts set forth herein.

3. I submit this Supplemental Declaration in further support of the Lovingier Family's Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel (*see* ECF No. 22, the "Motion").

4. I was engaged by Kahn Swick & Foti, LLC ("KSF") to serve as local counsel for the Lovingier Family in this Action on or about January 20, 2026.

5. After my firm reviewed the Motion and related papers on January 26, 2026, attorneys at KSF provided my firm with finalized PDFs for filing later that night. A paralegal at my firm attempted to electronically file the Motion and supporting papers via the District's CM/ECF system shortly thereafter.

6. Because my paralegal had not previously utilized my CM/ECF and/or PACER account(s) with Multifactor Authentication to make a filing, which only recently became mandatory, he was unable to independently file the Motion. My paralegal attempted but was unable to reach me the evening of January 26, 2026, to obtain access to my personal Microsoft Authenticator application to complete the filing before midnight.

7. My paralegal and I connected via telephone early in the morning on January 27, 2026. By 7:27 a.m., we successfully filed the Motion together using my personal Multifactor Authentication application, approximately 7.5 hours after the January 26, 2026, filing deadline. My paralegal has since received his own Microsoft Authenticator access to my CM/ECF and Pacer accounts, and he can now file on my behalf independently. But on the night of January 26, 2026, he unexpectedly ran into the new requirement for Multifactor Authentication, and the system simply would not allow him to file the Motion on my behalf. He was technically prevented from doing so.

2

8.    I apologize to the Court and all Parties and movants and respectfully submit that these technical issues have now been resolved, with redundancies implemented to prevent future filing issues.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Thursday, February 5, 2026, in Scottsdale, Arizona.



DocuSigned by:

Don Bivens

D9ABF4B16494400...

Don Bivens