Gary Gotto (No. 007401)
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Telephone: (602) 248-0088

*Counsel for Movants Leslie Rotness
and Carolle Poudrier*

[Additional counsel on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust u/a dtd 02/18/2019, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-25-04416-PHX-JJT |
| Plaintiff, | Hon. John J. Tuchi |
| v. | **NOTICE OF NON-OPPOSITION OF LESLIE ROTNESS AND CAROLLE POUDRIER TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| Sprouts Farmers Market, Inc.; Jack L. Sinclair; and Curtis Valentine, | |
| Defendants. | |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On January 26, 2026, Leslie Rotness ("Rotness") and Carolle Poudrier ("Poudrier"), by and through their counsel, filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Rotness and Poudrier as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Sprouts Farmers Market, Inc. securities between June 4, 2025 and October 29, 2025, inclusive; and (2) approving Rotness and Poudrier's selection of Pomerantz LLP as Lead Counsel and Keller Rohrback L.L.P. as Liaison Counsel for the Class.  Dkt. No. 20.

Having reviewed the competing motions before the Court, it appears that movant Peter Robinson is the presumptive "most adequate plaintiff" within the meaning of the PSLRA.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  This notice of non-opposition shall have no impact on Rotness and Poudrier's membership in the proposed Class or their respective rights to share in any recovery obtained for the benefit of Class members.

Dated:  February 9, 2026                                   Respectfully submitted,

*/s/ Gary A. Gotto*
Gary A. Gotto (No. 007401)
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel.: (602) 230-6322

1

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movants Leslie Rotness and Carolle Poudrier*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Leslie Rotness*