**DON BIVENS, PLLC**
Don Bivens (AZ # 005134)
15169 N. Scottsdale Rd., Ste. 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Local Counsel for Lead Plaintiff*
*Movant the Lovingier Family*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller *(pro hac vice to be submitted)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*the Lovingier Family and*
*Proposed Lead Counsel for the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Singh Family Revocable Trust U/A DTD 02/18/2019, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Sprouts Farmers Market, Inc., Jack L. Sinclair, and Curtis Valentine, | ) ) ) |
| Defendants. | ) ) ) |

No. 2:25-cv-04416-JJT

**SECOND SUPPLEMENTAL DECLARATION OF DON BIVENS IN FURTHER SUPPORT OF THE LOVINGIER FAMILY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Don Bivens, hereby declare as follows:

1.      I am the managing partner of the law firm of Don Bivens, PLLC, local counsel for Lead Plaintiff Movant the Lovingier Family Trust Dated October 13, 1988 (the "Lovingier Family"), which seeks appointment as Lead Plaintiff pursuant to Section 21 of the Securities Exchange Act of 1934 in the above-captioned Action.

2.      I have personal knowledge of the facts set forth herein.

3.      I submit this Supplemental Declaration in further support of the Lovingier Family's Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel (*see* ECF No. 22, the "Motion").

4.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    A Notice of Electronic Filing showing that the Lovingier Family's opposition papers, including the Supplemental Declaration of Don Bivens, were electronically filed at 2:13 p.m. MST on February 9, 2026.

Exhibit B:    A Notice of Electronic Filing showing that Peter Robinson's opposition papers were electronically filed at 6:48 p.m. MST on February 9, 2026.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 17, 2026, in Scottsdale, Arizona.



DocuSigned by:

/s/  Don Bivens

D9ABF4B16494400...

Don Bivens