# Exhibit A

# Activity in Case 2:25-cv-04416-JJT Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al Response in Opposition to Motion

From: azddb_responses@azd.uscourts.gov
Date: February 9, 2026 at 3:14:53 PM CST
To: azddb_nefs@azd.uscourts.gov
Subject: Activity in Case 2:25-cv-04416-JJT Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al Response in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Bivens, Donald on 2/9/2026 at 2:13 PM MST and filed on 2/9/2026

Case Name:     Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al
Case Number:   2:25-cv-04416-JJT
Filer:         Lovingier Family Trust Dated October 13, 1988.

Document Number: 26

Docket Text:
**RESPONSE in Opposition re: [18] MOTION to Appoint Peter Robinson as Lead Plaintiff, and Approve Plaintiff's Selection of Counsel , [20] MOTION to Appoint Counsel *by Carolle Poudrier & Leslie Rotness* filed by Lovingier Family Trust Dated October 13, 1988.. (Attachments: # (1) Attachment SUPPLEMENTAL DECLARATION OF DON BIVENS IN FURTHER SUPPORT OF THE LOVINGIER FAMILYS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL)(Bivens, Donald)**

2:25-cv-04416-JJT Notice has been electronically mailed to:

Adam Lachlan Rosen     adam@schallfirm.com

Adam M Apton     aapton@zlk.com

Andrew J Brown     andrew@schallfirm.com

Corey D McGeHee     corey.mcgehee@lw.com, Khadijah.Fields@lw.com, kristen.fechner@lw.com

Donald Bivens     don@donbivens.com, gabriel@donbivens.com, lisa@donbivens.com, max@donbivens.com

Gary A Gotto    ggotto@kellerrohrback.com, kkendrick@kellerrohrback.com, mjohnston@kellerrohrback.com

Scott H Zwillinger    scott.zwillinger@zwfirm.com, brittany.thaler@zwfirm.com, docketing@zwfirm.com

Susan Joan Martin    smartin@martinbonnett.com, kpasley@martinbonnett.com, lfrie@martinbonnett.com

**2:25-cv-04416-JJT Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=2/9/2026] [FileNumber=28436560-0
] [357da3c801d908e7c6b475dfd4765f4ec1df84c6e70cbe2c3ed602c1ba555fa39d3
fd1fbfe422a08be50cee3d442b84e8e83b48037111fe46e2893970438aa28]]
**Document description:**Attachment SUPPLEMENTAL DECLARATION OF DON BIVENS IN FURTHER SUPPORT OF THE LOVINGIER FAMILYS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096393563 [Date=2/9/2026] [FileNumber=28436560-1
] [6e652681853d2ed478f93c2430cc880c2f4d4c54689ffe14ceabd950c5bfd6359b0
457278ddc65113d171c77860e24cd67bdbc12e5313c846fc9ade699f495e7]]