# Exhibit B

# Activity in Case 2:25-cv-04416-JJT Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al Response in Opposition to Motion

From: azddb_responses@azd.uscourts.gov

Date: February 9, 2026 at 7:49 PM CST

To: azddb_nefs@azd.uscourts.gov

Subject: Activity in Case 2:25-cv-04416-JJT Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al Response in Opposition to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Kroll, Jennifer on 2/9/2026 at 6:48 PM MST and filed on 2/9/2026

| | |
|---|---|
| Case Name: | Singh Family Revocable Trust U/A Dated 2/18/2019 v. Sprouts Farmers Market Incorporated et al |
| Case Number: | 2:25-cv-04416-JJT |
| Filer: | Peter Robinson |
| Document Number: | 28 |

Docket Text:
**RESPONSE in Opposition re: [20] MOTION to Appoint Counsel , [22] MOTION to Appoint AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL filed by Peter Robinson. (Kroll, Jennifer)**

2:25-cv-04416-JJT Notice has been electronically mailed to:

Adam Lachlan Rosen     adam@schallfirm.com

Adam M Apton     aapton@zlk.com

Andrew J Brown     andrew@schallfirm.com

Corey D McGeHee     corey.mcgehee@lw.com, Khadijah.Fields@lw.com, kristen.fechner@lw.com

Donald Bivens     don@donbivens.com, gabriel@donbivens.com, max@donbivens.com

Gary A Gotto     ggotto@kellerrohrback.com, kkendrick@kellerrohrback.com, mjohnston@kellerrohrback.com

Scott H Zwillinger     scott.zwillinger@zwfirm.com, brittany.thaler@zwfirm.com, docketing@zwfirm.com

Susan Joan Martin     smartin@martinbonnett.com, kpasley@martinbonnett.com, lfrie@martinbonnett.com

2:25-cv-04416-JJT Notice will be sent by other means to those listed below if they are affected by this filing:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=2/9/2026] [FileNumber=28438361-0
] [9fbe9f025d54650b091f8c8020ebbebfdcbc4b78edf29abc84d5bf12430a9751b52
a2299738a4962eef48c1835308466f0a513bc09d04a9b48e0473f43d77ad3]]